UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VINCENT F. RIVERA,

        Plaintiff,

v.                                                                              4:05cv34-WS

PFIZER, INC., et al,

        Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## SECOND REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's second report and recommendation entered November 8, 2005. Doc. 33. The magistrate judge recommends that the plaintiff's successive notice of appeal and request for a certificate of appealability be denied. He also recommends that the plaintiff be sanctioned for his frivolous and malicious filings. The plaintiff has filed objections (doc. 36) to the report and recommendation.

      The court having reviewed the record in light of the plaintiff's objections, it is ORDERED:

      1. The magistrate judge's second report and recommendation (doc. 33) is ADOPTED and incorporated into this order by reference.

      2. The plaintiff's successive notice of appeal and request for a certificate of appealability (docs. 30 & 32) are DENIED as frivolous and malicious.

3.  The Clerk of the Court shall hereafter return--without need for a court order-- any documents that the plaintiff attempts to file in this case in the future.

4.  The plaintiff shall continue to be barred from filing any additional civil lawsuits in this district until he has paid his judicial debt in full on prior cases.

4.  The plaintiff shall be prohibited from filing any documents in the future in this or other cases without the document being sign by a licensed attorney who is permitted to practice in this district.

DONE AND ORDERED this January 30, 2006.

/s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE