IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


VINCENT F. RIVERA,

        Plaintiff,

vs.                                                                                      4:05cv34-WS

PRIZER, INC., et al.,

        Defendants.

_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 39)

docketed January 5, 2006.  The magistrate judge recommends that the plaintiff's motion

to reopen judgment be denied.  The plaintiff has filed objections (doc. 40) to the report

and recommendation.

Upon review of the record, this court has determined that the recommendation

should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is adopted and

incorporated by reference in this order of the court.

2.  The plaintiff's motion (doc. 38) to reopen judgment is DENIED.

3.  The clerk shall return any documents that the plaintiff attempts to file in this

case in the future without the need for a court order.

DONE AND ORDERED this January 30, 2006.


 /s William Stafford                                             
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE